UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODUM HOLDING AG, BODUM USA, INC., BODUM AG, AND PI-DESIGN AG,

          Plaintiffs,

– *against* –

STARBUCKS CORPORATION,

          Defendant.

**ORDER**

19 Civ. 4280 (ER)

RAMOS, D.J.:

    For the reasons stated on the record at the May 27, 2020 teleconference, the Clerk of Court is respectfully directed to modify the viewing level for Docs. 22, 28, and 36 to the Selected Parties viewing level, including only the attorneys appearing for the parties and court personnel.

    It is SO ORDERED.

Dated:   June 15, 2020
           New York, New York

                                    EDGARDO RAMOS, U.S.D.J.