UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODUM HOLDING, AG, BODUM USA,
INC., BODUM AG, and PI-DESIGN AG,

                    Plaintiffs,

         – against –

STARBUCKS CORPORATION,

                    Defendant.

**ORDER**

19 Civ. 4280 (ER)

Ramos, D.J.:

The conference currently scheduled for September 8, 2020 at 11:30 AM is hereby

cancelled.  The parties are directed to appear for a telephonic conference on September 10, 2020

at 2:00 PM.  The parties may call (877) 411-9748 and dial access code 3029857.

       SO ORDERED.

Dated:    August 18, 2020
          New York, New York

                                            Edgardo Ramos, U.S.D.J.