# K&L GATES

# MEMO ENDORSED

September 30, 2021

Joanna A Diakos
joanna.diakoskordalis@klgates.com

T +1 212 536 4807
F +1 212 536 3901

The application is  X  granted
                   ___ denied

_____
Edgardo Ramos, U.S.D.J.
Dated: October 1, 2021
New York, New York 10007

**By ECF**

The Honorable Edgardo Ramos
United States District Court for the Southern
District of New York
40 Foley Square
New York, NY 10007

Re:   *Bodum Holding AG et al. v. Starbucks Corporation*, Case No. 1:19-cv-04280-ER

Dear Judge Ramos:

We represent Defendant Starbucks Corporation ("Starbucks" or "Defendant") in the referenced action.

In connection with our concurrent letter (the "Clawback Dispute Letter") in which Starbucks contests Bodum's assertion of privilege with respect to a specific document (the "Email"), we write to respectfully request permission to file the Email under seal. In addition, we request permission to redact the portions of the Clawback Dispute Letter that reference the Email, file a redacted copy on the public docket, and to file an unredacted copy under seal. Starbucks makes this request pursuant to Paragraph 21(a)(i) of the Stipulated Confidentiality Agreement and Protective Order (ECF No. 42), which provides that to the extent that it is necessary to submit a dispute regarding the assertion of privilege to the Court, "the Receiving Party shall seek leave to file the contested document(s) and/or ESI under seal in accordance with the procedure set forth in Paragraph 17."

Accordingly, pursuant to Paragraphs 17 and 21 of the Stipulated Confidentiality Agreement and Protective Order, Starbucks respectfully requests permission to file the Email under seal and to redact the portions of its Clawback Dispute Letter that reference the Email. Defendant's proposed redactions are highlighted in the unredacted Clawback Dispute Letter.

Respectfully submitted,

/s/ Joanna A. Diakos
Joanna A Diakos